UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES H. MAJORS, | ) | CASE NO.: 1:13 CV 1098 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court upon the Report and Recommendation of Magistrate Judge Greg White, (ECF #17), which is hereby ADOPTED. Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's final decision denying his claim for a Period of Disability ("POD") and Disability Insurance Benefits ("DIB") under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423 *et seq*. Magistrate Judge White recommended that this Court affirm the decision of the Commissioner. No timely objections have been filed.

This Court has reviewed *de novo* Magistrate Judge White's Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and finds that it is thorough, well-supported, and that it fully and correctly addresses all of the Plaintiff's claims. This Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. The Commissioner of Social Security's final decision is AFFIRMED.

IT IS SO ORDERED.

    /s/ Donald C. Nugent    
JUDGE DONALD C. NUGENT
United States District Judge

DATED: 3/25/2014

1